■

**COM.**

v.

**HAYWOOD, D.**

**3644 EDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–45–CR–0000876–2016

(Monroe)

Affirmed

■

**J.M.**

v.

**T.C.M.**

**745 EDA 2017**

Superior Court of Pennsylvania.

08/21/2017

2016–09945

(Montgomery)

Affirmed

■

**COM.**

v.

**HAYWOOD, D.**

**3645 EDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–45–CR–0000115–2016

(Monroe)

Affirmed

■

**IN the INTEREST OF: A.E.S., JR., a Minor**

**752 EDA 2017**

Superior Court of Pennsylvania.

08/21/2017

CP–51–AP–0000045–2017

CP–51–DP–0002357–2015

(Philadelphia)

Affirmed

